UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 631,<br><br>         Plaintiff(s),<br><br>  v.<br><br>TRANSDEV SERVICES, INC.,<br><br>         Defendant(s). | Case No. 2:20-CV-683 JCM (EJY)<br><br>ORDER |

  Presently before the court is respondent Transdev Services, Inc.'s motion to strike petitioner International Brotherhood of Teamsters, Local 631's notice of motion to confirm arbitration award. (ECF No. 12).

  Respondent's motion argues that petitioner's notice is improper because the court has not entered a briefing schedule. Pursuant to Local Rule 16-1(c)(8), briefing shall proceed as follows: respondent has fourteen (14) days from the date of this order to file a response to petitioner's notice of motion to confirm arbitration award. (ECF No. 9). Thereafter, petitioner has seven (7) days to file a reply.

  The deadline for respondent's answer to the initial petition to confirm arbitration award is set *nunc pro tunc* to May 18, 2020. (ECF No. 10).

  The court denies the motion to strike as moot.

  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the government shall have fourteen (14) days from the date of this order to submit a response to the petitioner's motion to confirm arbitration award and petitioner shall thereafter have seven (7) days to reply.

**James C. Mahan**
**U.S. District Judge**

1   IT IS FURTHER ORDERED that respondent's motion to strike (ECF No. 12) be, and the
2   same hereby is, DENIED as moot.
3   DATED June 5, 2020.

_____
UNITED STATES DISTRICT JUDGE